IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| FRANCISCO DE LUNA and ELIZABETH DIAZ, Individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> HIDALGO COUNTY, TEXAS; GUADALUPE TREVINO, in his official capacity as Hidalgo County Sheriff; MARY ALICE PALACIOS, GILBERTO SAENZ, JESUS MORALES, BOBBY CONTRERAS, ROSA E. TREVINO, LUIS GARZA, ISMAEL OCHOA, CHARLIE ESPINOZA, E. "SPEEDY" JACKSON, in their official capacities as Hidalgo County Magistrates and Justices of the Peace, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § § CIVIL ACTION NO. 7:10-268 |

## Rule 41 Joint Motion to Voluntarily Dismiss Claim

The Plaintiff and the Defendants, through undersigned counsel of record, do hereby stipulate and agree that this matter has been amicably resolved per exhibits A (Agreement Filed Under Seal) and B (Motion to Lay Out Fines), and that the above-referenced cause may be dismissed with prejudice, with each party hereto to bear its own costs and expenses.

The said parties pray that this Court issue an Order dismissing this case, with prejudice, and with each party to bear its own costs and expenses.

Approved:

_____ \_
UNITED STATES DISTRICT JUDGE RANDY CRANE

This the 29th Day of April 2012,

__/s Courtney Bowie____
On Behalf of Plaintiff Elizabeth Diaz
Courtney A. Bowie, Esq. (#1120127)
American Civil Liberties Union Foundation
125 Broad St., 18th Floor
New York, NY10004
cbowie@aclu.org
Phone: 212-549-2682

Lisa Graybill, Texas Bar No. 24054454
Mark Whitburn, Texas Bar No. 24042144
ACLU of Texas
P.O. Box 12905
Austin, Texas78711
lgraybill@aclutx.org

Dana B. Levy, Esq., Texas Bar No. 24031869
Michael Caddell, Esq., Texas Bar No. 03576700
Caddell & Chapman
1331 Lamar Street, suite 1070
Houston, Texas77010

__/s John Millin_____
On Behalf of Defendant Hidalgo County
John A. Millin IV, Esq.
Reynaldo Ortiz, Esq
Ortiz and Millin
1305 East Nolana Loop, Suite F
McAllen, TX 78504
Phone: 956-687-4567
Fax: 956-631-1384

Mark A. Weitz
Weitz and Morgan
100 Congress Avenue, Suite 2000
Austin, TX 78701
Phone: 512-394-8950
Fax: 512-350-2286

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2012, the foregoing document was served on all counsel of record by via the ECF filing system.