UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| FRANCISCO DE LUNA, *et al*, § § Plaintiffs, § VS. § HIDALGO COUNTY, TEXAS, *et al*, § § Defendants. § | CIVIL ACTION NO. M-10-268 |

## ORDER OF DISMISSAL

Upon consideration of the parties' "Joint Motion to Voluntarily Dismiss Claim" under Federal Rule of Civil Procedure 41, the Court hereby **ORDERS** that the above-referenced cause is **DISMISSED** with prejudice. Each party shall bear its own costs and expenses.

SO ORDERED this 30th day of April, 2012, at McAllen, Texas.

_____
Randy Crane
United States District Judge